Mathew K. Higbee, Esq.
State Bar No. 24076924
HIGBEE & ASSOCIATES
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8349
(714) 597-6559 facsimile

*Attorney for Plaintiff,*
LEIF SKOOGFORS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| LEIF SKOOGFORS,<br><br>    Plaintiff,<br><br>v.<br><br>CONNIE BARNABA & ASSOCIATES, INC.,<br><br>    Defendant. | Case No. 4:17-CV-00911 |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES AND
<u>CORPORATE DISCLOSURE STATEMENT</u>**

  Plaintiff, Leif Skoogfors, by and through his undersigned counsel and pursuant to this Court's Order for Conference Deadline and Disclosure of Interested Parties, hereby discloses the following interested parties and corporations that may have a financial interest in the outcome of this case:

1. Leif Skoogfors, *Plaintiff;* and

2. ImageRights International, Inc., *Intellectual Property Management for Plaintiff*

---

Plaintiff reserves the right to amend, correct and update this Certificate throughout the pendency of this action.

Dated: April 10, 2017                                        Respectfully submitted,

**/s/ Mathew K. Higbee**
Mathew K. Higbee, Esq.
State Bar No. 24076924
HIGBEE & ASSOCIATES
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8349
(714) 597-6559 facsimile
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by electronically filing with the Clerk of the Court using CM/ECF on this **10th** day of **April, 2017**, and by sending a copy via regular mail on all counsel or parties of record on the service list below.

**/s/ Mathew K. Higbee**
Mathew K. Higbee, Esq.

## **SERVICE LIST**

Connie Barnaba & Associates, Inc.
Attn: Constance H. Barnaba, Registered Agent
4214 Glenchase Lane
Houston, TX 77014