# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| LEIF SKOOGFORS,<br><br>       Plaintiff,<br><br>v.<br><br>CONNIE BARNABA & ASSOCIATES, INC.,<br><br>       Defendant. | Case No. 4:17-cv-00911 |

# AGREED MOTION TO ABATE AND EXTEND DEADLINES

Plaintiff Leif Skoogfors by and through his undersigned attorney, respectfully moves the Court to abate this case until December 29, 2017, and to extend, by 30 days, all deadlines (including for any motions by Plaintiff for Default Judgment) from the present date until December 29, 2017. Plaintiff requests this relief to facilitate finalizing the terms of a settlement agreement reached between Plaintiff and Defendant Connie Barnaba & Associates, Inc. ("Defendant"). Plaintiff attempted to confer with Defendant regarding this motion on November 28, 2017, but has not received a response in time.

//

//

Dated: November 28, 2017

**/s/ Mathew K. Higbee**
Mathew K. Higbee, Esq.
Texas Bar No. 24076924
HIGBEE & ASSOCIATES
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8350
(714) 597-6559 Facsimile
mhigbee@higbeeassociates.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served using the CM/ECF system on this **29th** day of **Novemeber, 2017**. All parties not registered as participants in the CM/ECF system will be served via First Class Mail or other means as permitted by the Court.

**/s/ Mathew K. Higbee_____**
Mathew K. Higbee, Esq.